COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Cristen Coons v. The State of Texas

Appellate case number:   01-16-00201-CR

Trial court case number:  MD-0357952

Trial court:                    County Court at Law No. 2 of Galveston County

On April 7, 2016, we abated this case and remanded it to the trial court. In the abatement order, we directed the trial court to determine whether appellant wished to pursue her appeal, and if so, whether she is now indigent and entitled to appointed counsel; and, if indigent, to appoint appellate counsel. On May 5, 2016, the trial court held a hearing on our abatement order, and the trial court clerk has filed a clerk's record that includes the trial court's "Findings of Fact and Conclusions of Law." The trial court found that appellant testified that she wishes to pursue her appeal, and is indigent and entitled to court-appointed counsel for appeal purposes. The trial court appointed Jared Robinson as appellate counsel and ordered the clerk's record and reporter's record to be prepared and filed in this Court, at no cost to appellant. Accordingly, we REINSTATE this case on the Court's active docket.

The court reporter is directed to file, at no cost to appellant, the reporter's record within 30 days of the date of this order.

Appellant's brief is due to filed within 30 days from the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ <u>Russell Lloyd</u>
                          ☑ Acting individually     ☐ Acting for the Court


Date: <u>May 17, 2016</u>